**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| CHARLES MONTE ROYALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Case No.: |
| ) | |
| C&C MEAT SALES, INC.,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant C&C Meat Sales, Inc. ("C&C"), by counsel, Carr Maloney P.C., hereby removes this action and, in support thereof, state as follows:

1. <u>State Court Action</u>.

Plaintiff Charles Monte Royall filed this action against Defendant C&C in the Circuit Court for Prince George's County, Maryland, Case No. CAL19-31182 ("the State Action") on or around September 24, 2019. Copies of all process and pleadings served upon Defendant C&C in the State Action, including the Summons, Civil Non-Domestic Case Information Report, and Complaint ("Complaint") that were served on Defendant C&C on or about March 20, 2020, are attached hereto as Exhibit 1.

2. <u>Removal to this Court is Proper.</u>

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, Southern Division, which is the federal district court embracing the state court where the State Court Action was filed. 28 U.S.C § 100(2).

3. Removal is Timely.

Defendant C&C was served with a copy of the Complaint and original summons on or about March 20, 2020. This Notice of Removal is being filed with the United States District Court for the District of Maryland, Southern Division on April 20, 2020, within the statutory period set forth in 28 U.S.C. § 1446(b).

4. Removal Complies with Federal Rules of Civil Procedure 11.

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

5. All Procedural Requirements Have Been Met.

Contemporaneously filed herewith are copies of all "process, pleadings and orders served upon" or received by Defendant C&C in the State Court Action, and which are attached hereto as Exhibit 1. See 28 U.S.C. § 1446(a).

Attached hereto as Exhibit 2 is a copy of the Notice of Filing of Notice of Removal that Defendant C&C will file contemporaneously with the Circuit Court for Prince George's County, Maryland and will serve on Plaintiff.

6. This Court Has Original Jurisdiction.

This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a) "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

Defendant C&C is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a). Plaintiff's assertion of Defendant C&C's alleged violations of Tittle VII of the Civil

Rights Act of 1964 ("Title VII"), 42 U.S.C.S. § 2000e *et seq.*, The Age Discrimination in Employment Act of 1967 ("ADEA") 29 U.S.C.S. § 621 *et seq.*, and the Fair Labor Standards Act ("FLSA") 29 U.S.C.S. § 201 *et seq.* renders this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7. <u>Removal Complies with 28 U.S.C. § 1446(a)(2)(A)</u>.

According to the Maryland Court Case Docket, Defendant C&C is the sole Defendant is this matter. Therefore, removal is proper pursuant 28 U.S.C. § 1446(a)(2)(A).

8. <u>Relief Requested</u>.

Defendant C&C requests that the United States District Court for the District of Maryland assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

        C&C MEAT SALES, INC.
        By Counsel

        CARR MALONEY P.C.

By:    */s/ K. Maxwell Bernas*
        Thomas L. McCally, Esquire
        K. Maxwell Bernas, Esquire
        2020 K Street, NW, Suite 850
        Washington, D.C. 20006
        (202) 310-5500 (Telephone)
        (202) 310-5555 (Facsimile)
        thomas.mcCally@carrmaloney.com
        maxwell.bernas@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via email only on this 20th day of April, 2020, upon:

>Charles Monte Royall
>12702 Radburn Place
>Fort Washington, Maryland 20744-5320
>CharlesRoyall@yahoo.com
>*Pro Se*

>*/s/ K. Maxwell Bernas*
>K, Maxwell Bernas, Esquire