**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| CHARLES MONTE ROYALL,           ) | |
|                                ) | |
|     Plaintiff,           ) | |
|                                ) | |
| v.           ) | Case No.: 8:20-cv-01005-PWG |
|                                ) | |
| C&C MEAT SALES, INC.,           ) | |
|                                ) | |
|     Defendant.           ) | |
| _____) | |

**NOTICE OF SETTLEMENT**

The parties in the above-captioned matter have reached a settlement in principle as to all claims. The parties will submit a praecipe of dismissal formally dismissing this action with prejudice after the settlement agreement has been finalized and the terms have been satisfied.

                                                                                                           Respectfully submitted,

| | |
|---|---|
| C&C MEAT SALES, INC. | CHARLES MONTE ROYALL |
| By Counsel | *Pro Se* |
| | |
| CARR MALONEY P.C. | |
| | |
| By:   */s/Brian M. O'Shea* | /s/  *Charles Monte Royall* |
|       Thomas L. McCally, Esquire | Charles Monte Royall |
|       Brian M. O'Shea, Esquire | 12703 Radburn Place |
|       2020 K Street, NW, Suite 850 | Fort Washington, MD 20744 |
|       Washington, D.C. 20006 | charles_royall@comcast.net |
|       (202) 310-5500 (Telephone) | |
|       (202) 310-5555 (Facsimile) | |
|       thomas.mccally@carrmaloney.com | |
|       brian.o'shea@carrmaloney.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will forward copies to the following:

> Charles Monte Royall
> 12703 Radburn Place
> Fort Washington, MD 20744
> charles_royall@comcast.net
> *Pro Se Plaintiff*

>> */s/ Brian M. O'Shea*
>> Brian M. O'Shea